AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SCOTT ERIC ANDERSON | ) | Case No.  **1:23-mj-00022-BAM** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**

Feb 27, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   12/13/22; 1/27/23; 2/19/23; 2/24/23   in the county of _____Fresno_____ in the

_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Malicious Destruction by Means of Explosive Device<br>Penalties: minimum 5 years imprisonment and not more than 20 years;<br>$250,000 fine; 3 years of supervised release; $100 special assessment |
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm<br>Penalties: maximum 10 years imprisonment; $250,000 fine;<br>3 years of supervised release; $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Connor Ledbetter, FBI
*Printed name and title*

Sworn to and affirmed via telephone pursuant to Fed. R. Crim. P. 4.1.

Date:    2/27/23

_____
*Judge's signature*

City and state:        Fresno, California        Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>    v.<br><br>ERIC SCOTT ANDERSON,<br><br>     Defendant. | CASE NO.<br><br>AFFIDAVIT OF FEDERAL BUREAU OF INVESTIGATION SPECIAL AGENT CONNOR LEDBETTER IN SUPPORT OF COMPLAINT |

I, Connor Ledbetter, being sworn, depose, and state the following:

1. I am a Federal Bureau of Investigation Special Agent.  This affidavit is made to support a complaint charging Eric Scott ANDERSON with Malicious Destruction by Means of Explosive Device in violation of Title 18 United States Code, Section 844 (i) and Possession of a Firearm by a Prohibited Person in violation of Title 18 United States Code, Section 922(g).

2. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2020.  I am a graduate of the FBI's Basic Field Training Program in Quantico, Virginia, and I have been involved in several investigations regarding violations of federal firearms and terrorism laws. I am currently assigned to the FBI's Office in Fresno, California.

3. I have personal knowledge as herein stated and have obtained information from various other persons not herein stated regarding the above alleged offenses(s); and that as to those matters which are not within my personal knowledge, I am informed and do believe that the matters stated and set forth herein are true.  Among other investigative efforts, I have reviewed a search warrant and affidavit granted by a Fresno County Superior Court judge on February 22, 2023, which authorized the search of three residences within the City of Fresno.  The affidavit was authored by Fresno Police Department (FPD) Detective Cha Thao.

1

**PROBABLE CAUSE**

**Summary of Probable Cause**

4.     ANDERSON committed a series of pipe-bombings on unoccupied vehicles and property in Fresno, California, beginning in approximately November 2022 and continuing through February 2023.  Three of the pipe-bombings damaged vehicles involved in interstate commerce.  On or about December 13, 2022 and January 27, 2023, ANDERSON damaged vehicles belonging to two auto-related businesses on Clinton Avenue in Fresno.  On or about February 19, 2023, ANDERSON damaged a leased vehicle belonging to a home health care business on Fallbrook Avenue in Fresno.  ANDERSON frequently recorded his crimes by video, and location data from ANDERSON's electronic devices confirms that he is responsible for the bombings.  ANDERSON has been convicted of two felony offenses and a search of his bedroom at his home (1352 West Dyer Avenue in Fresno) revealed a .45 caliber Springfield Armoy XD pistol manufactured outside of California.

**FPD Finds Evidence of Two Pipe-Bombings in Early January 2023**

5.     On the morning of January 8, 2023, FPD officers investigated a report of possible vehicle vandalism at 3560 West San Jose Avenue, which is an apartment complex in Fresno, California.  The reporting party, P.S., showed officers a 2019 Dodge Challenger belonging to his roommate S.S.  S.S. is a long-haul truck driver who was then traveling to Nashville, Tennessee.

6.     The Dodge Challenger was parked under a covered stall within the apartment complex's parking lot. There was a cloth cover placed on top of the vehicle. Under the right rear portion of the bumper, behind the rear tire, there was a piece of cardboard with a wire on it and a piece of metal pipe. There were several other objects that appeared to be pieces of the same device in the driveway area, directly behind the vehicle. There was also a red substance on the ground and on the car cover, near the pieces of the pipe.  Based on the above evidence, FPD officers believed the damage to the vehicle was caused by an explosive device.  They called the FPD EOD Bomb Squad Unit (EOD) to assist them.

7.     EOD concluded that the blast and fragmentation pattern originated under the trunk of the victim's vehicle.  At the site where a larger piece of the device was found, EOD located a brown or orange-colored powdery substance.  EOD also found a fragmentation pattern fan extending from the point of origin. The furthest particle of fragmentation north of the victim's vehicle was approximately 45

COMPLAINT AFFIDAVIT

2

feet northwest of the victim's vehicle. This piece of fragmentation was a portion of cardboard, possibly from the housing portion of the explosive device. At the other end of the fan, the furthest particle of fragmentation southwest of the victim's vehicle was approximately 69 feet away. This piece of fragmentation appeared to be a portion of galvanized steel pipe. The particle was approximately a half inch in diameter with jagged edges.

8.      P.S. told officers that the rear window of the Dodge Challenger had been broken on the previous Friday (January 6, 2023). FPD EOD removed the car cover and examined the damage. EOD officers observed a metal device lying on the rear driver-side passenger seat. The device was comprised of galvanized steel pipe approximately 1" in diameter and was approximately 3" long. One end cap was intact and still attached to the pipe, and the other end cap was fragmented and appeared to be blown open. EOD also saw shattered glass on the backseat and on the floorboard. The rear window of the vehicle appeared to have a soccer ball-sized hole through it; the remaining window glass remained intact. This discovery led investigators to believe the initial vandalism reported on January 6, 2023, was a result of an explosive device being detonated.

9.      FPD began canvassing the surrounding area for video surveillance and witnesses. S.Q., who lived in a neighboring apartment, indicated that he had been awake playing video games early that morning and heard a loud crashing sound, like a vehicle collision, at approximately 2:50 a.m. Detectives reviewed video surveillance footage from a home security camera with the consent of the camera's owner, K.S. Detective C. Thao noticed at approximately 2:53:19 a.m. the sound of an explosion was captured. Approximately 30 seconds later, a vehicle similar to a newer model silver Toyota Camry, drove Northbound through the camera's view and towards the northeast entry/exit gate of the complex. At approximately 2:57 a.m., a white single-cab pick-up truck was also seen traveling Northbound towards the entry/exit gate on the northeast corner of the property. Based on FPD Detective C. Thao's experience as a Patrol Officer and Detective assigned to the Northwest Policing District, he was aware that this apartment complex does not have a lot of vehicle/pedestrian traffic at the time when this bombing occurred.

**A Series of Warrants Reveals Google Accounts Linked to the Bombing**

10.      On January 9, 2023, FPD Detective J. Button authored a Geofence Warrant to further the

COMPLAINT AFFIDAVIT                                              3

investigation. The warrant was reviewed and signed by Fresno County Superior Court Judge D. Tyler Tharpe on that same date. The signed warrant was sent to Google.

11.     On January 23, 2023, FPD Detective C. Thao received the initial return to this geofence warrant. FPD Detective J. Button reviewed the return and found two Anonymized Identifiers of interest to this investigation.  These Anonymized Identifiers show accounts with Google identifiers inside the parking lot of 3560 West San Jose Avenue approximately 100 feet west of where the victim's vehicle was parked. The two devices were in the same area and were there for the minutes leading up to when the explosion occurred.

12.     FPD Detectives then authored two further search warrants to Google calling for additional information about the Google-identified accounts.  Both were signed by Fresno County Superior Court Judges.  The first warrant provided additional location data for the Google identifiers on January 8, 2023:

1:44 a.m.: Both devices at 1352 W Dyer Ave.

2:09 a.m.: Both devices leave 1352 W Dyer Ave.

2:25 a.m.: Both devices are at the front gate of 3560 W San Jose Ave.

2:39 a.m.: Both devices were in the parking lot just west of where the bomb was detonated.

2:53 a.m.: Both devices moved just north of where the bomb was detonated. (Bomb was detonated at approximately 2:53 a.m. based on our investigation).

2:56 a.m.: Both devices moving southbound at W Shaw Ave / N Brawley Ave intersection. Both devices appear to take southbound HWY 99, eastbound FWY 180 and take the Fowler exit off FWY 180.

3:15 a.m.: Both devices stop at 5965 E Alta Ave for a short time.

3:17 a.m.: Both devices moving northbound back towards FWY 180. Both devices appear to take freeways back to the original location at 1352 W Dyer Ave.

3:37 a.m.: Both devices arrive back at 1352 W Dyer Ave.

13.     The next warrant called for information about the two Google-identified accounts. Google responded on January 31, 2023.  Google disclosed the following account information for the first account:

COMPLAINT AFFIDAVIT                                          4

1      Billing Information

2      Customer Overview

3      Name: Scott Anderson

4      GOOGLE SUBSCRIBER INFORMATION

5          Google Account ID: 5734302360

6          Name: BODI Woods

7          Given Name: BODI

8          Family Name: Woods

9          e-Mail: wooods1488@gmail.com

10     ACCOUNT RECOVERY

11          Recovery e-Mail: wooodpile559@gmail.com

12          Recovery SMS: +15592882426 [US]

13    14.    Google disclosed the following account information for the second account:

14      Customer Overview

15      Name: Scott Anderson

16      GOOGLE SUBSCRIBER INFORMATION

17          Google Account ID: 670270902844

18          Name: Eric Woods

19          Given Name: Eric

20          Family Name: Woods

21          e-Mail: wooodpile559@gmail.com

22          Recovery e-Mail: Wooods1488@gmail.com

23          Recovery SMS: +15592882426 [US]

24    15.    Thus, both accounts belong to a person named Scott ANDERSON.  Each account was

25 associated with the Gmail email account wooods1488@gmail.com and the phone number (559) 288-

26 2426.

27  **Detectives Link the Google Accounts to ANDERSON**

28    16.    On January 31, 2023, FPD Detective C. Thao drove by the residence located at 1352

COMPLAINT AFFIDAVIT          5

West Dyer Avenue and observed a vehicle parked on the street in front of the residence bearing California license plate 8ZEJ770. FPD Detective J. Button checked DMV records on that license plate, and it came back registered to A.M.S. with an associated address of 3560 West San Jose Avenue #210. That is within the same apartment complex and in a unit very close to S.S., the owner of the Dodge Challenger damaged in the January 6 and 8 pipe-bombings. Prior calls for service at 1352 West Dyer Avenue showed a vehicle burglary report at that address reported on August 22, 2022. The victims listed in that report are: A.M.S. and ANDERSON. This was documented under Fresno PD case #2208220572.

17.     Based on the above information, on February 1, 2023, FPD Detective J. Button authored a search warrant for the above-listed Gmail accounts associated with ANDERSON for the requested dates/times of December 21, 2022 through January 15, 2023. The warrant was signed by Fresno County Superior Court Judge Alvin Harrell. Google responded the following day.

18.     Review of the Google accounts confirmed they belonged to ANDERSON. The accounts contained a screenshot of a Xfinity Mobile account, with the account name "WOOD559" and phone number (559) 288-2426. ANDERSON previously provided the phone number (559) 288-2426 to officers under Fresno PD case: 22080572, which listed him as a victim in a theft investigation. Based on this and obtained evidence collected from ANDERSON's Google accounts in subsequent search warrants (including photographs and videos of ANDERSON, and bank account information with accounts in ANDERSON's name), I believe ANDERSON is associated with the phone number and Anonymized Identifier numbers identified in the original Geofence warrant return and subsequent data provided by Google.

19.     ANDERSON's account contained two videos showing pipe bombings as relevant to this affidavit.

**Pipe-Bombing on Clinton Avenue on December 13, 2022**

20.     In the Google Photos/Videos associated with the ANDERSON Google accounts, detectives found a video dated December 13, 2022 at 10:25 p.m.

21.     The video appears to be a cellphone recording with two males in a vehicle. As the vehicle is driving, FPD Detective J. Button observed that the suspects drove by a large Napa warehouse, which he recognized to be the Napa Warehouse located at 5675 East Clinton Avenue. The video showed the

COMPLAINT AFFIDAVIT

6

vehicle pulling into the Napa Warehouse parking lot and beginning to drive westbound in the parking lot. The phone is then pointed southbound towards the business located at 5674 East Clinton Avenue.

22.     An explosion was captured on video, that appeared to occur under a white truck parked in the parking lot of 5674 E. Clinton Avenue. The occupants in the vehicle talked about surveillance cameras in the area and making sure they do not capture their license plates. The video goes on for several more minutes with two males talking about the explosion and what to do differently next time. The video also captured one of the males mentioned what they did on prior bombings.

23.     I reviewed the video indicated above on February 25, 2023. The following is a summary of the conversation and not a verbatim transcription.  Prior to, and immediately following the detonation of an explosive device, MALE 2 asks MALE 1 if he is sure there are no cameras in the vicinity which may record the vehicle's license plates. (Two explosions can be heard and observed within the video) MALE 2 states, "twice," MALE 1 then states he put "two of them on there." Both male voices agree to conduct a drive by of the scene to observe events, during which MALE 2 states it would be difficult for a surveillance camera to view the vehicle's plate from their previous location. Both males discuss collecting and discarding extra fuses out the vehicle's window, prior to both agreeing the explosion started a fire under the vehicle. MALE 1 questions if methods used caused the explosion to be greater in size and noise-output, and discusses whether the addition of a color-additive made any difference, as well as how to increase the color's effects. MALE 2 questions the effects of "gun powder" in the device, prompting MALE 1 to state the addition of gun powder may have been affected by its packaging. MALE 2 indicates the events were not enough to "catch a car on fire." MALE 1 follows this statement indicating he, "only used two bottles," this time. MALE 1 proceeds to explain, "if we had as much juice as we did last time, I think it would." MALE 1 continues, claiming he only needs a small amount of accelerant to set a car on fire. The video concludes with MALE 1 stating he has set several cars on fire with less amounts of accelerant in the past, and proceeds to explain his arson methods and tactics to MALE 2.

24.     Location data returned with the search warrant to Google indicated the device associated with the returns (linked to ANDERSON's Google accounts) was in the vicinity of 5674 East Clinton Avenue on December 13, 2022, at 10:25p.m.

COMPLAINT AFFIDAVIT                                          7

25.     On February 9, 2023, FPD Detective J. Button and Sgt. J. Hardy responded to 5674 East Clinton Ave and contacted J.H. and J.C. regarding this incident. J.H. identified himself as a diesel mechanic and the address as his place of business. Detective J. Button and Sgt. J. Hardy located debris and what looked to be remnants of a mortar-style firework and a plastic bottle that had been melted from beneath an older model white pickup truck owned by the business intended to be stripped for auto parts. FPD EOD Sergeant R. Reynolds responded to the location to assist with the investigation. Based on this investigation the bomb was detonated at approximately 10:25 p.m.

**Pipe-Bombing on Clinton Avenue on January 27, 2023**

26.     On February 21, 2023, FPD Detective J. Button authored another search warrant for ANDERSON's Google accounts for January 15, 2023 through February 21, 2023.

27.     On February 25, 2023, I reviewed a video in the Google Photos/Videos associated with these Gmail accounts dated January 27, 2023 at 2:11 a.m. The video starts with a southwestern view of the parking lot at 5674 East Clinton Avenue, Fresno, CA. This is the same parking lot viewed in the video of the December 13, 2022 bombing. At approximately two minutes and thirty-one seconds into the video, a male voice can be heard saying, "here we go" prior to an explosion which appeared to occur under a dark colored sedan.

28.     On February 25, 2023 at approximately 12:00 p.m., Fresno EOD was requested to assist FPD Detectives J. Button and Detective C. Thao to check 5674 East Clinton Avenue for evidence of an explosion under a black car parked in the parking lot at this location. Detective J. Button had also previously reviewed a video in the Google Photos/Videos associated with these Gmail accounts dated January 27, 2023 at 2:11 a.m. EOD arrived to examine the scene and look for any evidence. During their investigation EOD located a galvanized pipe end caps and fragments, smokeless powder was spread out on the ground from the explosion. FPD Investigators determined this explosion was the one shown in the January 27 bombing.

29.     On February 26, 2023, FPD Detective J. Fleischmann spoke to the victim B. G. who owns the Bodyshop at this location called Auto Chech[1] Center. His business provides services to the

---

[1] The business name includes the unusual spelling "Chech." This is a different business than the one associated with the December 13, 2022 pipe-bombing despite the common address; multiple

COMPLAINT AFFIDAVIT

1   public through automotive repair. B.G. told FPD Detective J. Fleischmann that he purchases parts to fix

2   vehicles during the course of his business from local stores. He would also purchase car parts from

3   EBAY for other parts that he cannot buy locally.

4   **Investigators Discover a Bombing on Fallbrook Avenue on February 19, 2023**

5       30.     On February 25, 2023 I reviewed security camera footage which was facing toward the

6   northeast corner of 377 West Fallbrook Avenue, Fresno, CA. The footage shows a silver sedan traveling

7   east on Fallbrook Avenue and turning south on Maroa Avenue. The vehicle stops on Maroa Avenue east

8   of the building at 377 West Fallbrook Avenue. An individual exits the driver's side of the vehicle and

9   walks west toward a white sedan parked in the parking lot of 377 West Fallbrook Avenue. (As further

10  described below, this sedan was later identified as a white Toyota Camry leased from Enterprise Car

11  Rental and used by a business called Focus Home Health).  The individual then proceeds to bend down

12  and appear to place something under the rear of the Camry. The individual then stands back up and

13  walks back to the vehicle parked on Maroa Avenue and enters the driver side. As the individual walks

14  back to the vehicle what appears to be a flame starts under the Camry parked in the parking lot of 377

15  West Fallbrook Avenue before an explosion occurs under the Camry. As the explosion is occurring the

16  vehicle parked on Maroa Avenue makes a U-turn before heading back north on Maroa and making a

17  turn to travel east on Fallbrook Avenue and travels outside the view of the security camera.

18      31.     At the time of the February 19 bombing, FPD had implemented a warrant for cellphone

19  location tracking authorized by a Fresno County Superior Court judge. FPD Detectives checked

20  ANDERSON's phone location and it showed him just west of 377 West Fallbrook prior to this bombing.

21  Further a review of the suspect's vehicle in the footage appears to match a car ANDERSON rented

22  during the time of the incident, a silver Chevrolet Malibu. This vehicle was observed parked in front of

23  ANDERSON's residence, 1352 West Dyer Avenue, on February 20, 2023 at 6:30 a.m.

24      32.     During the investigation of the 377 West Fallbrook Ave bombing, FPD Detective C.

25  Thao spoke with the business administrator C. C.  Her company is called Focus Home Health, which is

26  a health care facility associated to their main facility called Covent Care California LLC, based out of

27  _____

28  businesses are co-located at or near this address.

Southern California. Covent Care also has facilities in Nevada and Arizona.  The vehicle that was bombed at the 377 West Fallbrook Avenue location is a leased vehicle from Enterprise Car Rental. According to C.C., they have a business agreement with Enterprise in which Enterprise lease them a fleet of cars for their business. The vehicles leased from Enterprise are assigned to nurses who uses these cars to travel to and from homes as they provide services to their clients they are overseeing.

33.     Below is a photo the burned vehicle and the damage done to 377 West Fallbrook Avenue because of the fire.





**Investigators Find a Firearm in ANDERSON's Bedroom**

34.     FPD Investigators searched ANDERSON's residence, 1352 W Dyer Avenue, on February 24, 2023, pursuant to a search warrant authorized by a Fresno County Superior Court Judge.  I discussed the results of that search with FPD Detective J. Button.

35.     Investigators found two firearms in the residence, an EP Armory AR-15 rifle and a Springfield Armory XDE .45 caliber pistol. The EP Armory AR-15 was discovered in a hallway closet

COMPLAINT AFFIDAVIT                                    11

inside the residence and the Springfield Armory XD pistol was found in the master bedroom of the residence. Also found in the master bedroom of 1352 West Dyer, in the top drawer of a nightstand, was a speeding ticket in ANDERSON's name issued by the California Highway Patrol and dated December 7, 2022 and a notice of action by the City of Fresno addressed to ANDERSON.

36.     The investigation revealed two people who regularly visit or stay at 1352 West Dyer: A.M.S., who based on a review of ANDERSON's Google and social media accounts appears to be ANDERSON's girlfriend; and F.R., who is appears to be living with ANDERSON.  It should be noted that F.R. has sustained felony convictions.

37.     On February 25, 2023 your Affiant reviewed two photos of an AR-15 style rifle from ANDERSON's Google accounts.  The rifle in the Google Photos matched the rifle which was seized during service of the search warrant on February 24, 2023.

38.     On February 25, 2023 your Affiant conducted a review of ANDERSON's criminal history which revealed he is prohibited from possessing firearms due to convictions of crimes punishable by imprisonment for a term exceeding one year. A Change of Plea form signed by ANDERSON and filed with the Superior Court of California on September 21, 2017 in which ANDERSON plead no contest to PC 25400(c)(6), carrying a loaded concealed weapon on person, advised ANDERSON the maximum sentence he could receive as a result of his plea was three years and zero months. Other possible consequences of the plea included no firearms, no ammunition, search and seizure and prison prior.

39.     On February 25, 2023, your Affiant contacted the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Eric Penman who confirmed that the Springfield Armory .45 caliber XD pistol was manufactured outside the state of California.

**Additional Evidence Regarding ANDERSON's pipe bombs**

40.     ANDERSON's Google accounts also contained several other videos of suspected pipe bomb explosions beginning in November 2022.  As with the bombings described above, location data on ANDERSON's Google accounts along with phone location data obtained via search warrant link him to these bombings.  Investigators therefore believe ANDERSON has committed a series of pipe-bombings in Fresno beginning at least in November 2022 and continuing through February 2023.  The review is

COMPLAINT AFFIDAVIT                                          12

1  ongoing to determine the extent of ANDERSON's bombing activities.

2       41.    In general, the bombings involve ANDERSON or another individual driving a rental car.

3  ANDERSON's Goggle accounts contain a screenshot of a car rental agreement from the Fresno Airport,

4  for a 2022 Silver Toyota Camry for the dates of December 15, 2022 to January 15, 2023. This vehicle

5  matches the one seen driving northbound through the apartment complex on video surveillance right

6  after the bombing on January 6, 2023, captured on K. S.'s security camera.

7       42.    The bombings have frequently involved similar components: pipes, explosives linked to

8  commercial fireworks, and liquid accelerants.

9       43.    A surveillance video from a Fresno County Probation Office on 2048 North Fine Avenue

10  on February 21, 2023 at 3:03 a.m. shows a man getting out of a rental car, placing an object underneath

11  a marked Fresno County Probation vehicle, returning to the rental car, and driving away.  FPD

12  investigators familiar with ANDERSON's appearance through extensive review of his social media,

13  Google accounts, and physical description from arrest booking records have determined that the

14  individual is ANDERSON.  In at least one other video, a distinctive tattoo on the driver's thigh matches

15  ANDERSON.

16       44.    Additional evidence also confirms that ANDERSON is interested in explosives,

17  including their creation and detonation.  I have reviewed additional videos and photographs in

18  ANDERSON's Google Accounts that depict ANDERSON and one or more other suspects lighting

19  fireworks, combining liquids which result in combustion and pictures of a gunpowder bottle.  Also,

20  investigators recovered several bottles from ANDERSON's refrigerator at 1352 West Dyer containing

21  chemical mixtures that Fresno PD EOD determined to be explosives.  EOD subsequently destroyed the

22  explosive mixtures due to safety concerns.

23       45.    On February 24, 2022, ANDERSON was arrested on state charges related to this series of

24  bombings.

25  **CONCLUSION**

26       46.    Based on the information in this Complaint, I believe there is probable cause that

27  ANDERSON did commit the crime of Malicious Destruction by Means of Explosive Device in violation

28  of Title 18 United States Code, Section 844(i) with the intent to maliciously damage or destroy, or

COMPLAINT AFFIDAVIT

attempted to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce. And there is probable cause that ANDERSON did commit the crime of Possession of a Firearm by a Prohibited Person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year in violation of Title 18 United States Code, Section 922(g)(1).

47.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


_____
Connor Ledbetter
Special Agent
Federal Bureau of Investigation


Affidavit submitted to me by email/PDF and attested to by telephone pursuant to Fed. R. Crim. P. 4.1 this 27th day of February, 2023.

_____
Hon. Barbara A. McAuliffe
U.S. Magistrate Judge



Approved as to content and form:

/s/ Michael G. Tierney
Michael G. Tierney
Assistant U.S. Attorney


COMPLAINT AFFIDAVIT                    14